IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3087 |
| vs. | |
| LISA MARIE BOOTON, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion of to withdraw as counsel of record for Defendant, (Filing No. 31), is granted.

2) Defendant's newly retained counsel, Toni Leija-Wilson, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

October 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge